UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE BOYDEN, Trustee for the Estate of Elizabeth Bainton, debtor,<br><br>            Plaintiff,<br><br>      v.<br><br>THRIFTY PAYLESS, INC., d/b/a RITE AID #5305; and DOES 1-5,<br><br>            Defendants. | NO: 2:14-CV-0144-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

     BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 31). The parties represent that this matter has been fully compromised and settled. Accordingly, this matter will be dismissed.

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

1. Pursuant to the parties' stipulated motion, this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs to the parties.

2. The telephonic status conference set for April 21, 2016, is vacated.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 14, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2